UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WINGS AS EAGLES
DELIVERANCE MINISTRY,

    Plaintiff,

v.

    Civil Case No. 20-13186
    Honorable Linda V. Parker

CITY OF DETROIT, COUNTY OF
WAYNE, and DETROIT
LAND BANK,

    Defendants.
_____/

## JUDGMENT

Plaintiff commenced this lawsuit against the Defendants on December 4, 2020. (ECF No. 1.) In an Opinion and Order entered on this date, the Court grants Defendant County of Wayne's Motion for Judgment on the Pleadings (ECF No. 8).

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Amended Complaint is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

    s/ Linda V. Parker
    LINDA V. PARKER
    U.S. DISTRICT JUDGE

Dated: January 25, 2022